FILED
APR 19 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-cr-239
Judge Gettleman
Magistrate Judge Fuentes
Randomly Assigned CAT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS CONSIDINE | Case No.<br><br>Violations: Title 21, United States Code, Sections 841(a)(1) and 846 |

## COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

Beginning no later than in or about August 2020, and continuing until at least on or about May 4, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

THOMAS CONSIDINE,

defendant herein, did conspire with Max Schaefer, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about April 26, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

THOMAS CONSIDINE,

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about April 26, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

THOMAS CONSIDINE,

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika L. Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY