**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                             Case No.: 1:23–cr–00239
                                             Honorable Robert W. Gettleman

Thomas Considine

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 28, 2023:

       MINUTE entry before the Honorable Gabriel A. Fuentes as to Thomas Considine: Detention hearing held. Following and in view of the Pretrial Services supplemental report (doc. #[8]), defendant and counsel conferred, and the defense made an oral motion to continue the detention hearing. The Court grants that motion for good cause shown to allow defense counsel to consider the Pretrial Services report further and to further advise the Court. The government noted for the record that is wishes to join in the Court's earlier sua sponte motion for a detention hearing under 18 U.S.C. § 3142(f)(2)(A). The detention hearing is continued to 1:00 p.m. on 5/2/23 in Courtroom #1838 of the Dirksen U.S. Courthouse. The Defendant is remanded to the custody of U.S. Marshals Service pending the 5/2/23 continued detention hearing. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.